# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | No. 4:22-cr-00604-RLW-1 |
| ) | |
| JASON W. FINE,   ) | |
| ) | |
| Defendant.   ) | |

**MOTION TO CORRECT WRITTEN SENTENCING JUDGEMENT**

Defendant Jason W. Fine moves under FED. R. CRIM. P. 36 to correct the written sentencing judgment to conform with the oral pronouncement of the sentence as to amount of the JVTA Assessment.

For the foregoing reasons, Mr. Fine prays the Court to correct the written sentencing judgment to what is consistent with the oral sentence imposed by the Court on March 15, 2023.

    Respectfully submitted,

    LAW & SCHRIENER, LLC

    By: *Kevin L. Schriener*
        Kevin L. Schriener 35490MO
        231 S. Bemiston Avenue, Ste 800
        Clayton, Missouri 63105
        (314) 721-7095 – telephone
        kschriener@SchrienerLaw.com

## Certificate of Service

    I hereby certify that I filed the foregoing motion with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon all parties of record this 7th day of April, 2023.

                                           /s/ Kevin L. Schriener
                                           KEVIN L. SCHRIENER