UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:22-CR-00604-RLW |
| JASON W. FINE, | ) ) ) | |
| Defendant. | ) | |

## GOVERNMENT'S MEMORANDUM REGARDING DEFENDANT'S MOTION TO CORRECT WRITTEN SENTENCING JUDGMENT

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney for said District, and files this memorandum in response to the Defendant's Motion to Modify Conditions of Bond, and states as follows:

1. In the sentencing of this case, in addition to other penalties, the Court ordered the Defendant to pay special assessments totaling $45,000 under 18 U.S.C. §2259 (AVAA) and 18 U.S.C. §3014 (JVTA). (Doc. 42).

2. During the sentencing hearing, it is clear that the Court was, after discussions at sidebar in which the Defendant participated by headphones, aware that the mandatory assessment under 18 U.S.C. §2259 (AVAA) was up to $35,000, and that the mandatory assessment under 18 U.S.C. §3014 (JVTA) was $5,000 per count (totaling $10,000 for the two counts) *See* Tr., Sentencing Hearing, pp. 36-39). The Court and counsel for the Defendant ensured that the Defendant could hear the record being made at sidebar and counsel for the Defendant agreed there was no need to

1

go back on the public record. *Id*.

3. The special assessment under 18 U.S.C. §3014 (JVTA) is mandatory if the Defendant is not indigent. *See also*, *United States v. Kelley*, 861 F.3d 790, 801 (8th Cir. 2017) (noting that "the mandatory language of § 3014 excludes discretionary decisions by the court once non-indigence has been determined").

4. As stated on the record at the time of sentencing, the Government does not contest a judgment ordering the defendant to pay a total of $40,000 in special assessments: $5,000 under 18 U.S.C. §3014 (JVTA) and $35,000 under 18 U.S.C. §2259 (AVAA). *See* Tr., Sentencing Hearing, pp. 36-39).

Wherefore, the Government respectfully defers to the Court regarding the Defendant's Motion to Correct Written Sentencing Judgment.

> Respectfully submitted,
>
> SAYLER A. FLEMING
> United States Attorney
>
> *s/ Jillian S. Anderson*
> JILLIAN S. ANDERSON, 53918MO
> Assistant United States Attorney
> 111 S. 10th Street, Room 20.333
> St. Louis, Missouri   63102
> (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:
Mr. Kevin L. Schreiner
Counsel for the Defendant

> *s/ Jillian S. Anderson*
> JILLIAN S. ANDERSON, 53918MO
> Assistant United States Attorney

2